OF GUAM
2014 APR -9 PM 3: 52



# IN THE SUPERIOR COURT OF GUAM

GOVERNMENT OF GUAM

        Plaintiff,

        vs.

GERALDINE GUTIERREZ and EVELYN O'KEEFE, in their capacities as CO-ADMINISTRATRIXES OF THE ESTATE OF JOSE MARTINEZ TORRES, and THE ESTATE OF JOSE MARTINEZ TORRES,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 1124-09

DECISION AND ORDER

This matter came before the Honorable Arthur R. Barcinas on March 4, 2014 on Petitioner Antonio Artero Sablan's Motion for Reconsideration of Order Denying Petition to Intervene. Attorney William C. Bischoff represents Petitioner, Assistant Attorney General David J. Highsmith represents the Government of Guam, and Attorney F. Randall Cunliffe and Attorney Joseph C. Razzano represent Defendants.

The Court issued a Decision and Order on September 30, 2013, and Judgment on January 17, 2014. On February 13, 2014, Petitioner, whose counsel formerly represented the Government of Guam as an Assistant Attorney General in this matter, sought to intervene so as to timely file a Notice of Appeal. Later on February 13, 2014, Defendants timely filed a Notice of Appeal. On February 17, 2014, the Government also timely filed a Notice of Appeal. On February 18, 2014, the Court heard oral argument. On February 19, 2014, the Court issued a Decision and Order denying

Petitioner's Motion to Intervene. On March 4, 2014, Petitioner filed his Motion for Reconsideration of Order Denying Petition to Intervene. On April 1, 2014, the Government and Defendants each filed an Opposition. On April 7, 2014, Petitioner filed a Reply Brief.

Reconsideration is appropriate when 1) the Court is presented with new evidence; 2) the Court committed clear error or its decision was manifestly unjust; or 3) if there is an intervening change in controlling law. Rong Chang Company, Ltd., Inc. v. M2P, Inc., 2012 Guam 1, ¶ 16 (quoting Ward v. Reyes, 1998 Guam 1, ¶ 10). Rule 7(i) of the Local Rules of the Guam Superior Court further provides that "[n]o motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion." Petitioner fails to advance an argument not already expressed in previous pleadings or at oral argument. Although Petitioner argues forcefully and at length, Petitioner simply continues to contend that the Attorney General has failed to handle the instant matter competently. Petitioner's counsel speculates that the Attorney General would not have filed a Notice of Appeal in the instant matter but for his "advising" and asserts that the Attorney General has committed malpractice and breached the Model Rules of Professional Conduct for failing to send a sufficiently informed Assistant Attorney General to a Guam Ancestral Lands Commission meeting. Indeed, Petitioner merely reasserts his preference for how the Attorney General should conduct itself in the instant case and concludes that this Court erred. The reasoning set forth in this Court's Decision and Order applies in equal force here. Petitioner's Motion for Reconsideration accordingly is DENIED.

**SO ORDERED** this 9th day of April, 2014.

SERVICE VIA COURT BOX
I acknowledge that a copy of the
Original hereto was placed in the
court box of:
AG Civ. Div, Atty Razzon
Atty Bishoff, Atty Cunliffe, DMR
Date: 4/9/14 Time: 4:15pm
Deputy Clerk, Superior Court of Guam

HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

2